ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JANE DOE**,<br><br>*Plaintiff*,<br><br>v.<br><br>**CORRECTIONS CORPORATION OF AMERICA**, et al.,<br><br>*Defendants*. | Case No. _____<br><br><br><br>JURY DEMAND |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

COMES NOW Plaintiff, through undersigned counsel, and moves this Honorable Court, pursuant to Fed. R. Civ. P. 26, to enter a Protective Order protecting the true identity of Plaintiff, a natural and living person who resides in this District.

In support of this motion, Plaintiff submits her contemporaneously filed memorandum of law as well as her affidavit, which counsel asks the Court to be kept under seal.

WHEREFORE, for these reasons, and for the reasons more fully described in the contemporaneously filed memorandum of law, Plaintiff respectfully requests that this Court GRANT this motion for a protective order and ENTER a protective order permitting Plaintiff to proceed under a pseudonym and to prevent public disclosure of information reasonably calculated to lead to the discovery of her true identity.