# Exhibit Q

*Report of Carolyn C. Thompson, M.D.*

# CURRICULUM VITAE
Carolyn Crump Thompson, M.D.
2201 Murphy Avenue, Suite 310
Nashville, TN 37203
615-341-0991

**Employment**
Carolyn C. Thompson, M.D., P.C. 11/1999 - present
Private practice of obstetrics and gynecology

Women's Health Alliance 8/1997-11/1999
Private practice of obstetrics and gynecology

**Specialty Training**
University of Missouri, Kansas City 7/1993-6/1997
Department of Obstetrics and Gynecology
Internship and Residency

**Professional Appointments**
Affiliated Assistant Professor, University of Tennessee Health Science Center, College of Medicine, Department of Clinical Medical Education 10/2014-present
Chair, Department of Obstetrics and Gynecology
Summit Medical Center 5/05 – 4/09
Instructor, University of Missouri, Kansas City 7/1993-6/1997
Department of Obstetrics and Gynecology

**National Professional Certification**
Diplomate, National Board of Medical Examiners 1994
Specialty Certification
Diplomate, National Board of Obstetrics and Gynecology 1999

**State Licensure**
States of Tennessee (active), Missouri and Kansas (expired)

**Medical Education**
University of Tennessee Center for the Health Sciences College of Medicine
Doctor of Medicine 6/1993

**Undergraduate Education**
University of Tennessee, Knoxville 1985-1988
Bachelor of Arts, Cum Laude 1988

**Specialty Procedures**
Robotic-assisted laparoscopic surgical procedures
Single-incision pelvic floor repair procedures
Laparoscopic total and supracervical hysterectomy

Transobturator suburethral sling placement
Essure hysteroscopic sterilization

**Professional Organizations**
Fellow, American College of Obstetricians and Gynecologists
Fellow, American Congress of Obstetricians and Gynecologists
Member, American Society of Colposcopy and Cervical Pathology
Member, American Urogynecological Society
Member, Society of Laparoendoscopic Surgeons
Member, Kansas City Gynecological Society
Fellow, Youngblood Society

**Volunteer and Community Activities**
Volunteer surgeon, Chikondi Health Foundation, Lumbadzi, Malawi 6/2015
Board Member, First Steps 2012-present
    Executive Committee 1/2014-present
Women's Political Collaborative 10/2014-present
Volunteer, Gilda's Club 2013-present
University of Tennessee Alumni Association Network Board 2013-2014
Volunteer surgeon Health Talents International Clinica Ezell
    Montellano, Guatemala 9/06, 9/07, 9/08, 9/12
Volunteer physician West End United Methodist Church mission trips to
    Honduras, Nicaragua and Guatemala 7/02, 1/05
Susan G. Komen Nashville Affiliate Grant Review Board 2007-2009

**Research**
Prevalence of Certain Sexually Transmitted Diseases in Women on DepoProvera with Abnormal Bleeding Patterns Resident research project completed 5/97

National Institute of Health Medical Student Research Grant
The Effects of the Inhibition of Phospholipase A2 on Cerebrovascular Reactivity in the Newborn Pig (under direction of C.W. Leffler, Ph.D., Professor of Physiology and Biophysics, University of Tennessee, Memphis, June-August 1990)

Catheter-Associated Fungemia in Patients with Acquired Immunodeficiency Syndrome: Species Verification with Molecular Probing (research assistant for W.S. Riggsby, Ph.D., Professor of Microbiology, University of Tennessee, Knoxville, June-December 1988)

**Scientific Publications**
Peppler, R.D., and C.C. Thompson. "Anatomy, Embryology, and Physiology of the Fallopian Tube" in: Extrauterine Pregnancy: Clinical Diagnosis and Management. T.G. Stovall and F.W. Ling, eds. McGraw-Hill, Inc., New York. 1993. Chapter 2.

Leffler, C.W., C.C. Thompson, W.M. Armstead, R. Mirro, M.Shibata, D.W. Busija. Superoxide scavengers do not prevent ischemia-induced alteration of cerebral vasodilation in piglets. Pediatr Res. 1993 Feb;33(2):164-70.

Leffler, C.W., R. Mirro, C.C. Thompson, W.M. Armstead, M.Shibata, M. Pourcyrous, and O. Thelin. Activated Oxygen Species Do Not Mediate Hypercapnia-Induced Cerebral Vasodilation in Newborn Pigs. American Journal of Physiology. 261 (Heart Circ. Physio. 30): H335-H342. 1991.

# Expert Report

My name is Carolyn C. Thompson, MD. I am an Affiliated Assistant Professor in Obstetrics and Gynecology in the College of Medicine, University of Tennessee Health Sciences Center. I earned my Doctorate of Medicine from the University of Tennessee Health Sciences Center in 1993 and completed my internship and residency at the University of Missouri, Kansas City in 1997. I am a Diplomate of the American Board of Obstetrics and Gynecology and am a Fellow of the American College and the American Congress of Obstetricians and Gynecologists. I have practiced General Obstetrics and Gynecology in the private practice setting in Nashville, Tennessee since 1997. My fee is $500 per hour. In the past 4 years, I have been deposed as an expert in one medical malpractice case.

**Opinions**

The menstrual period (henceforward referred to as the "period") is the physiological shedding of the endometrium, or uterine lining, following the failure of a fertilized egg to implant in the uterine lining (pregnancy). The average age of onset of menses (menarche) in the US is 12.5 years of age; the average age of cessation of menses (menopause) is 51 years of age. In the intervening years, exclusive of pregnancy and hormonal suppression of menses, women typically menstruate every 28 days on average. A normal period lasts from 3-7 days, during which time most women must use some type of protection to prevent their menstrual blood from staining their clothing. This is typically referred to as "sanitary protection" and may include pads (also called "napkins"), which are worn against the vulva; tampons, which are worn inside the vagina; and menstrual cups, which are also worn inside the vagina.

Cultural norms dictate that the vulva and vagina are considered "private parts," in that they are areas of the body not usually viewed by or exposed to others except in clinical or intimate situations. A request for private body parts to be revealed to someone other than a clinician or an intimate partner is typically repugnant to an individual.

Cultural norms also dictate that bodily fluids (including urine, feces, semen, mucus, and menstrual blood) are considered taboo and not typically to be visualized by others except in specific clinical situations. In fact, most women are reluctant even to schedule a gynecologic exam during their menses.

April 25, 2016                                   Respectfully submitted,

                                                 Carolyn Thompson, M.D.