# Exhibit T

*Plaintiffs' Disclosures*



| | |
|---|---|
| ADMINISTRATIVE POLICIES AND PROCEDURES State of Tennessee Department of Correction | Index #: 506.06 — Page 1 of 9 |
| | Effective Date: February 15, 2014 |
| | Distribution: B |
| | Supersedes: 506.06 (7/15/12) PCN 13-12 (4/15/13) |

Approved by: Derrick D. Schofield

Subject: SEARCHES

I. <u>AUTHORITY</u>: TCA 4-3-603, TCA 4-3-606, TCA 41-1-102, TCA 39-16-201, TCA 39-17-1359, and Prison Rape Elimination Act of 2003 standards 115.5 and 115.15(e).

II. <u>PURPOSE</u>: To standardize approved methods for Tennessee Department of Correction (TDOC) staff to search visitors, employees, inmates, inmate housing units, and other areas of the facility.

III. <u>APPLICATION</u>: To employees of TDOC institutions, employees of Tennessee Rehabilitative Initiative in Correction (TRICOR), employees of privately managed facilities, and inmates.

IV. <u>DEFINITIONS</u>:

   A. <u>Body Cavity</u>: An internal part of the body, i.e., anus, vagina, ears, nose, or mouth.

   B. <u>Body Orifice Security Scanner (BOSS)</u>: A fast, non-intrusive, high sensitivity detector designed to detect metal objects hidden in body cavities.

   C. <u>Cell Sense Cellular Telephone Detector</u>: A fast, non-intrusive, high sensitivity detector designed to perform full body scans with a single walk by for the detection of cellular telephones indicating the presence of a cellular telephone, whether switched on or off.

   D. <u>Contraband</u>: Any item not permitted by law or expressly prohibited by TDOC or institutional policy.

   E. <u>Drug Search by K-9</u>: A periodic search of cells, property, and vehicles for contraband drugs utilizing dogs that are specially trained to detect controlled substances.

   F. <u>Dry Cell</u>: A room equipped with bed, lighting, and proper ventilation which will prevent the disposal of waste material or contraband.

   G. <u>Employees</u>: For purposes of this policy, individuals who are on the payroll of the institution, including TRICOR, or individuals contracted to provide services for that institution.

   H. <u>Frisk Search</u>: A pat search in which an individual is not required to remove clothing.

   I. <u>Institutional Search</u>: An unannounced, thorough search of prison areas (grounds, buildings, and inmates) in an effort to uncover any contraband items.

   J. <u>Probable Cause</u>: Where specific observable facts or trustworthy information from a reliable source leads a reasonably prudent and cautious person to conclude that a crime has been or is being committed.

   K. <u>Official Visitors</u>: TDOC/TRICOR employees from work sites other than the institution, law enforcement officials, visiting dignitaries, etc.

L. <u>Random Selection</u>: A sample taken from the total population so that each member has an equal chance of being selected.

M. <u>Reasonable Suspicion</u>: Knowledge, based on specific objective facts and rational inferences drawn from those facts considering the totality of the circumstances, which would cause a prudent and cautious person to believe a particular individual at a particular time is concealing contraband in the particular place to be searched.

N. <u>Room or Area Search</u>: A thorough inspection of a housing unit, cell(s), room(s), or any other area, and of all items and furniture therein. Vehicles of employees and visitors are subject to search.

O. <u>Strip Search</u>: An examination of an individual's unclothed body for weapons and contraband, and a thorough search of all of the individual's clothing while it is not being worn.

P. <u>Visitors</u>: Persons other than TDOC employees or inmates, including vendors and volunteers, who seek to enter the gates or grounds of the institution.

Q. <u>Visual Body Cavity Search</u>: A visual inspection of body cavities which excludes touching the recipient, either personally or with instruments.

V. <u>POLICY</u>: Searches of visitors, volunteers, employees, inmates, inmate housing units, and other areas of the facility shall be conducted in accordance with the procedures set forth below and in a manner which will avoid unnecessary force, embarrassment, or indignity to those whose person and/or belongings are being searched.

VI. <u>PROCEDURES</u>:

A. <u>Posting</u>

1. Each Warden shall have signs in English and Spanish posted conspicuously at all entrance roads to institutional grounds and at all checkpoint and vehicular gate entrances to advise visitors to the institution that:

   a. All persons and property are subject to search.

   b. Drugs, alcohol, explosives, and edged weapons are prohibited.

   Pursuant to TCA 39-17-1313, the holder of a valid handgun carry permit recognized in Tennessee may transport and store a firearm or firearm ammunition in the permit holder's privately owned motor vehicle, while on or utilizing any public or private parking area if:

   (1) The permit holder's secured vehicle is parked in a location where it is permitted to be; and

   (2) The firearm or ammunition being transported or stored in the vehicle:

      (a) Is kept from ordinary observation if the permit holder is in the motor vehicle; or

        (b)     Is kept from ordinary observation and locked within the trunk, glove box, or interior of the person's privately owned motor vehicle or a container securely affixed to such vehicle if the permit holder is not in the vehicle.

    c.     Weapons/ammunition found to be unsecured in vehicles shall subject the permit holder to have his/her visiting privileges suspended.

  2.     Each Warden shall have signs posted conspicuously at all visitor search points advising visitors to the institution that refusal of a search shall result in a suspension of his/her visitation privileges at any TDOC institution.

  3.     In addition to the above, all existing TDOC facilities and all new TDOC facilities opened after July 1, 2000, must post a sign at all public entrances to TDOC buildings, premises, and property which reads as follows:

     "Pursuant to TCA 39-17-1359, the Tennessee Department of Correction has banned weapons within buildings. Failure to comply with this prohibition is punishable as a criminal act under state law and may subject the violator to a fine of not more than $500."

  4.     Inmates shall be advised of the institutional policy on searches during orientation and by means of the institutional inmate handbook.

B.    The Warden of each facility shall develop and implement written procedures for the utilization of the Cell Sense cellular telephone detector for the prevention and detection of cellular telephones into TDOC facilities. It shall be utilized at any time at the discretion of the Warden/designee. Members of the Office of Investigations and Compliance (OIC) Special Operations may deploy the Cell Sense cellular telephone detector while on assignment as governed by OIC protocol.

C.    The Warden of each facility shall develop and implement written procedures for the utilization of the BOSS chair for the prevention and detection of cell phones, knives, and unauthorized metallic contraband in TDOC facilities. It shall be utilized at any time at the discretion of the Warden/designee. Members of OIC Special Operations may deploy the BOSS chair while on assignment as governed by OIC protocol.

D.    Frisk searches of visitors, volunteers, employees, and inmates shall be conducted by designated staff who have received proper training in search procedures.

E.    Frequent unannounced searches of inmates, inmate quarters, and all other areas of the facility shall be conducted as often as necessary in order to ensure the safety of the inmate population and security of the facility. Times and patterns of the searches shall vary, but shall be conducted semi-annually at a minimum.

F.    <u>Searching Visitors</u>:

  1.     There shall be no cross-gender searches of visitors.

POL-003

2.  No forcible searches shall be conducted. Searches of children may only be conducted in the presence of the child's parent or guardian. Any visitor who refuses to submit to any search shall be denied admittance and ordered to leave state property.

3.  Any visitor who refuses to submit to an authorized search shall not be forcibly detained. However, if probable cause exists that the individual has illegal item(s) in their possession, efforts shall be made to detain the individual. If unable to detain the individual without using force, vital information such as names, address, phone number, automobile make and model, description, and license plate number and state of issue should be obtained and recorded. This information shall be passed on to the officer in charge, who in turn will notify local law enforcement authorities.

4.  A written memorandum detailing the visitor's refusal shall be prepared by the staff member who is involved and forwarded to the Warden.

5.  Visitors who refuse to be searched shall have their visitation privileges suspended. Documentation of the refusal to be searched shall also be recorded on TOMIS conversation LCDG, contact code VIRC.

6.  All institutions (See Policy #506.01) shall be equipped with metal detectors (either walk-through or hand-held) at all visitor checkpoints.

    a.  Each visitor must be processed with the metal detector.

    b.  Anyone failing to clear a walk-through metal detector will be subjected to a closer screening by a hand-held metal detector. Failure to pass the localized search will require the individual to produce or otherwise identify the item causing the metal detector to react.

7.  A frisk search shall be conducted on all visitors, including vendors but excluding official visitors, entering the perimeter of a secure institution. Official visitors shall be frisk searched if they are randomly selected to be searched in accordance with Section VI.(F)(1) of this policy.

8.  Strip and visual body cavity searches of visitors require the prior approval of the Warden/designee based upon a finding of reasonable suspicion. The approved Authorization for Search, CR-2156, shall be completed by the staff member designated to conduct the search and returned to the Warden for filing. A copy will be provided for the person being searched.

    a.  Visitors may be required to replace their feminine hygiene products in the presence of institutional staff only if there exists individualized reasonable suspicion to prove that contraband is being brought in.

    b.  Local policy may dictate non-contact visitation as an alternative option when a feminine hygiene product is detected. (See Policy #507.01.1)

G.  Searching Employees:

    1.  Wardens shall devise a process for the daily random selection for frisk search of employees and official visitors entering an institution.

2.     There shall be no cross-gender searches of employees.

3.     No forcible searches shall be conducted.  Any employee who refuses to submit to a frisk search shall be subject to disciplinary action up to and including termination.

4.     If an employee refuses to submit to any type of search and there is reasonable suspicion to believe that the employee may be concealing contraband, the employee may not be detained; however, he/she may be terminated for refusing to submit to a search.

5.     A written memorandum detailing the staff's refusal shall be prepared by the searching staff members involved and forwarded to the supervisor and the Warden.

6.     Any staff that refuses to be searched will be restricted from entering the secure compound of the facility without authorization of the Warden.

7.     All institutions (See Policy # 506.01) shall be equipped with metal detectors (either walk-through or hand-held) at all checkpoints.

   a.     Each staff member must be processed with the metal detector.

   b.     Anyone failing to clear a walk-through metal detector will be subjected to a closer screening by a hand-held metal detector.  Failure to pass the localized search will require the individual to produce or otherwise identify the item causing the metal detector to react.

   Strip and visual body cavity searches of staff require the prior approval of the Warden or Assistant Commissioner of Prisons based upon a finding of reasonable suspicion.  The approved CR-2156 shall be completed by the staff member designated to conduct the search and returned to the Warden for filing.  A copy will be provided to the person being searched.  Staff may be required to replace their feminine hygiene products in the presence of searching staff only if there exists individualized reasonable suspicion to prove that contraband is being brought in.

8.     Prior to conducting a strip or visual body cavity search of an employee, the specific objective facts forming the basis of the reasonable suspicion finding shall be disclosed to the employee.

H.     <u>Searching Inmates</u>:

1.     Female correctional officers may frisk search inmates of both genders.  Male correctional officers may frisk search only male inmates.  Strip searches will only be conducted by staff members of the same gender.

2.     All inmates are subject to search at any time by institutional staff.  No inmate will be searched solely for the purpose of determining the inmate's gender.

3.      All inmates designated as minimum custody or above shall be thoroughly searched whenever they have occasion to enter or leave a more secure area of the institution.

4.      Inmates refusing a search of any type shall be charged with a disciplinary infraction for refusing a direct order.  They may be forcibly frisked and strip searched upon prior approval of the Warden/designee and/or the Commissioner's Designee at privately managed facilities.

5.      The Warden shall determine areas within the facility in which inmates will be required to process through a metal detection screening.

6.      Strip searches and visual body cavity searches may be authorized by the Warden on a routine basis for all inmates participating in certain activities, including but not limited to returning from pass or furlough, transportation runs, transfers, visiting, work details, institutional lockdowns, etc.  Institutional policy/post orders should stipulate areas/activities where routine strip and/or visual body cavity searches will occur.  CR-2156 is not required in such instances.  Strip/visual body cavity searches based on reasonable suspicion/probable cause require CR-2156 be completed by the Warden/designee.

7.      Inmates suspected of hiding contraband in a body cavity or who refuse to undergo a visual body cavity search may be temporarily housed in a "dry cell" subject to the following conditions:

a.      Confinement is ordered by the Warden/designee (no lower than shift supervisor) based upon reasonable suspicion

b.      A thorough search of the cell is conducted prior to placement of the inmate

c.      Inmate is provided with toilet articles, clothing, bedding, etc.

d.      Inmate is provided with a means of collecting body excretion

e.      Constant observation of the inmates is conducted by staff

f.      Confinement to be continued longer than 72 hours must be reviewed and authorized by the Warden and the Commissioner's Designee shall be notified at privately managed facilities.

g.      The health, hygiene, and exercise requirements outlined in Policy #506.16 shall be followed.

h.      A Segregation Unit Record Sheet, CR-2857, shall be completed for each inmate held in a dry cell.  (See Policy #506.16 for sample of form)

8.      Inmates will be placed in a dry cell rather than be subjected to a manual body cavity search.

I.      Searches of Inmate, Visitor, or Employee Personal Property:

1. Any item in the immediate possession of an inmate, visitor, or employee at the time he/she is searched shall also be searched.  This applies to all types of searches.

   a. Written documents should be sorted to detect contraband, but shall not be read.  Walk-through and hand-held metal detector use does not constitute a search for this purpose.

   b. A visitor or employee's wallet, purse, or briefcase should not be handled by the searcher, but shall be opened completely and its contents displayed by the owner/bearer.  Inmate visitors' purses and wallets shall be secured in lockers provided for visitors.

   c. X-ray machines can be utilized to scan packages and personal property.

2. Vehicles driven by visitors or employees shall be searched as authorized by the routine plan developed by the Warden in charge of the institution or based on reasonable suspicion.  If the driver refuses to have the vehicle searched, the matter shall be handled as it would be if he/she refused a personal strip search or visual body cavity search.

   a. An organized vehicle search shall be conducted no less frequently than once per quarter.

   b. Vehicle searches shall be conducted on weekend days and/or holidays if visitation is occurring.

   c. When possible, searches should be a coordinated effort between the institution, the OIC Division, and other law enforcement agencies.  Tennessee Highway Patrol, Sheriff's Department, and TDOC drug dogs will be utilized when available.

   d. The results of the search shall be reported on TOMIS conversation LIBJ and in the institution's quarterly report.  A free text report shall be made to the Deputy Commissioner of Operations on TOMIS conversation LSWA advising of the search, the number of arrests, and items confiscated as a result of the search.

   e. The Warden shall determine whether the vehicle search will include the vehicles of employees.  An unannounced employee vehicle search will be conducted at least annually.

3. One employee may conduct searches of housing units and cells/rooms.  The inmate is not required to be present at the time the search is conducted.

   a. After a search, a room should be left as was found, never in disorder.  Inmate personal property shall be respected and shall not be willfully discarded, broken, or misplaced.

   b. There shall be a complete search and inspection of each vacant room/cell before it is occupied by a new inmate.  The Warden/Designee shall enter all vacant cells on TOMIS conversation LIBQ, Cell Search Request.

   c.  The Warden/Designee shall identify the number of occupied cells/rooms that are to be searched. The cell search request shall be entered on TOMIS conversation LIBQ. The employee designated to conduct the search shall enter the Cell Search Results on TOMIS conversation LIBR within 48 hours of completing the search.

  4.  Property, supplies, goods, and food stocks delivered to the institution shall be searched for contraband prior to entering the confines of the institution. All vehicles entering the institution compound shall be searched. (See Policy #506.05)

J.  All parts of the institution shall be subjected to an institutional search during each calendar year. Searches (length and number of buildings) shall be coordinated through and approved by the Deputy Commissioner of Operations.

K.  Disposition of Contraband:

  1.  Any inmate possessing contraband shall be subject to disciplinary action. Possession of illegal items which have some legal penalty attached may also result in prosecution in a court of law.

  2.  If contraband is found in the possession of a visitor, the contraband shall be confiscated and the visitor may be detained for local law enforcement officials and possible felony prosecution as per TCA 39-16-201. If the visitor refuses to be detained, force shall not be used. Vital information such as name, address, phone number, automobile make and model, description, and license plate number and state of issue should be obtained and recorded. This information shall be passed on to the officer in charge, who in turn will notify local law enforcement authorities. An incident report shall be submitted. (See Policy #103.02)

  3.  Employees found possessing contraband shall be subject to disciplinary action up to and including termination. Those in possession of illegal items shall be subject to arrest and prosecution.

  4.  All detected contraband shall be handled in accordance with Policy #506.15.

L.  Records:

  1.  The Warden shall maintain a file record of all submitted CR-2156 forms.

  2.  The Warden/Designee shall further maintain incident reports, ledgers, memorandums, etc., submitted by the searching employee, regarding the patterns, frequency, and types of searches conducted of housing units, grounds, and buildings.

M.  The Warden shall develop institutional policy which establishes procedures for conducting searches of all persons entering and leaving the institution. This policy shall be reviewed annually.

VII.  ACA STANDARDS: 4-4192, 4-4193, 4-4194, 4-4281, 4-4282, and 4-4503.

VIII.  EXPIRATION DATE: February 15, 2017.



# South Central Correctional Center

# Clifton, Tennessee

## Driving Directions

South Central Correctional Center is located approximately two (2) miles south of Highway 128 and one mile west of Highway 114.  Signs are posted to aid visitors.  If coming from the Nashville area, you should exit I-40 west onto exit number 126, traveling south approximately thirty-five (35) miles on highway 69, highway 69 and highway 114 merge.  You will continue straight ahead on highway 114 and follow the signs to South Central.  If traveling from the Memphis or Chattanooga areas, highway 64 can be used to access highway 114 located between Savannah and Waynesboro.  Highway 114 north will bring visitors to the facility by following road signs near Clifton.

## Inmate Mail Information

All routine mail sent to an inmate is opened, examined, and read by designated department staff.

Incoming mail may be determined to be a threat to the security of the institution and returned to the sender if, in the opinion of the Warden, it could reasonably be considered to:

- Be an attempt to incite violence based on race, religion, sex, creed, or nationality.
- Advocate, facilitate, or otherwise present a risk of lawlessness, violence, anarchy, or rebellion against government authority, prison staff, and/or other inmates.
- Be an attempt to incite disobedience toward law enforcement officials or prison staff.
- Be an attempt to give instructions for the manufacturing or use of intoxicants, weapons, explosives, drugs, drug paraphernalia, other unlawful articles or substances, or any other items deemed as contraband. Contain plans to escape, unauthorized entry into the institution, or information or maps which might aid an escape attempt.
- Contain information relating to security threat group activity or use of codes and/or symbols associated with security threat groups.
- Sexually explicit material or material which features nudity which by its nature or content poses a threat to the security, good order, or discipline of the institution, or facilitates criminal activity.
- Incoming correspondence may include only photographs (no Polaroid-type pictures allowed), clippings from printed materials, or certified checks/money orders. No personal checks or cash may be accepted.

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published February 2013.

POE 033

Printed materials may be received by inmates in an unlimited amount, provided they are mailed directly from the publisher(s) or recognized commercial distributor. Persons ordering printed materials for inmates should be careful to accurately identify the seller. Some materials offered on the website of recognized commercial distributors are listed for sale by third-party sellers, and when purchased will be mailed from the third-party seller who is not a recognized commercial distributor.

Always use the inmate's committed name, TDOC number, and institutional address when addressing your letters.

Address the envelope as follows:

> Inmate's last name, first name, DC#
> Institution name
> Mailing address
> City, State Zip Code

> **Example:**
> Doe, John DC# 012456
> South Central Correctional Facility
> P O Box 279
> 555 Forrest Ave.
> Clifton, TN 38425

# Procedures for Sending Money

The funds must be in the form of a money order, cashier's check, DO NOT SEND CASH. The funds should be made payable to the Inmate along with the TDOC#.

# Emergency Notifications

In case of emergency, please contact the Chaplain's office at (931) 676-5372 ext. 2278.

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.

2

Case 3:15-cv-00068   Document 111-20   Filed 07/27/16   Page 11 of 21 PageID #: 1513

# Visitation Frequently Asked Questions

1. Visitation for general population inmates is on Saturday, Sunday and state holidays designated by the commissioner from 8:00 a.m. to 3:15 p.m. and Monday 6:00 p.m. to 8:15 p.m.  All TDOC/facility handbooks will be available at http://state.tn.us/correction/institutions/visitation.html.  Visitors will not be permitted on property until thirty (30) minutes prior to visiting hours and within one hour prior to the end of visitation.  Inmates who receive a visit on the weekend or holiday shall not be permitted a visit on the special week visitation (Monday evening).  This shall apply to the Compound, Annex and Skylab.

   Visitors are required to park vehicles in designated parking areas on the institutional lot (between yellow lines).  All vehicles must be fully locked and secured.  If any vehicle is found to be unsecured, the respective visitor(s) will be instructed to leave the visiting area and the visit will be terminated for the remainder of the day.  The warden/designee may impose a suspension of visitation privileges for this violation.

   When visiting be advised that from time to time vehicles will routinely be searched at the facility and drug K9s may be used during these searches.  In the event contraband is discovered in your possession or inside your personal vehicle or belongings, the contraband will be confiscated and you will be referred to the law enforcement agency for felony prosecution, which is in accordance with TCA-39-16-201.  In addition, your visitation privileges will be suspended for six months up to permanent restriction.

   You must also be aware that all occupants of the vehicle will be held accountable for any contraband found in the vehicle and/or in the possession of any of the vehicle's occupants.  Therefore, the occupants of the vehicles must be aware of the contents of the vehicles they are passengers in; because in these instances, the visitation of all occupants may be suspended.

   Finally should you refuse to consent to the search of your personal vehicle or attempt to evade/flee without being searched, your visitation privileges may be permanently suspended from any CCA/TDOC Facility.  The occupants of your vehicle must also be aware of this violation because all occupants may also be permanently suspended.

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.

3

POL-033

Case 3:15-cv-00068   Document 111-20   Filed 07/27/16   Page 12 of 21 PageID #: 1514

It is illegal to possess the following on state property; alcoholic beverages, weapons of any type (firearms, ammunition, knives, etc.), drugs, any type of medication that cannot be readily identified by being in original containers or producing a prescription. Visitors who are suspected of introducing contraband into the facility may be required to visit in a non-contact booth. In this situation, there will be no physical contact between inmates and visitors.

2. Pre-approved visitors only:

   a. Children age six (6) and older shall have a photograph (not a photocopy) attached to this visitor application. These photographs will be updated at ages 10, 14 and 18. Updated photographs may be requested more frequently if there have been significant changes to the child's appearance.

   b. All immediate family members who apply and eight (8) additional adults may be approved to visit an inmate upon receipt and approval of CR-2152, visitation application.

   c. All visitors, regardless of age, must have an approved application, CR-2152, with picture on file. Any falsification of the CR-2152 by the visitor may be cause to deny approval or to withdraw approval of the visitor. All sections of the CR-2152 shall be completed. If any falsification of the CR-2152 occurs by a visitor, the visitor applicant shall not be allowed to resubmit a visitor application for a minimum of six (6) months. No other identification is required for children under sixteen (16) years of age. All visitors who are currently on approved lists but do not have visitor applications on file, shall submit an updated application within six (6) months to the effective date of this policy.

   d. Members of the clergy, as recognized by the chaplain or warden, need not be placed in the approved visitor's list.

   e. Attorneys of record need not be placed on the approved visitor's list.

   f. Visitors may not be placed on more than one inmate visiting list unless the inmate(s) is an immediate family member of the visitor and the relationship can be substantiated.

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.

4

DOC 043

Case 3:15-cv-00068   Document 111-20   Filed 07/27/16   Page 13 of 21 PageID #: 1515

g. When a visitor is removed from a non-immediate family inmate's visiting list, there shall be a one year waiting period before that visitor may be placed on another non-immediate family inmate's visiting list.

h. Only immediate family members with past felony convictions may apply for visitation status six (6) months after release from confinement. If the immediate family member is still on parole/probation, written permission must be submitted by the parole/probation officer prior to the approval of the application. The warden may disapprove visitation applications of immediate family members with felony convictions if it is believed that the security of the institution or the safety of individuals could be jeopardized.

i. Current or former employees of TDOC, TRICOR or contract agencies (in Tennessee), interns and practicum students shall not be approved unless they are immediate family members of the inmate. See TDOC Policy 507.01.

j. All visitors under eighteen (18) years of age must be accompanied by an approved visitor who is either the child's parent or legal guardian. The custodial parent or legal guardian must provide a completed and notarized parental consent/release for minor's visitation form, CR-2152 page 2, which designates permission for the assigned visitors, as guardians, to accompany the child to visit and consent for the child to be searched.

The above requirements do not apply if a visitor is under the age of eighteen (18) and legally married to the inmate they are visiting. Proof of marriage must be provided.

k. Persons the warden determines could have a harmful influence on the inmate and/or may constitute a threat to the security of the institution shall not be approved for visitation.

3. The length of the visit will depend upon space available. Should overcrowding occur, visitors who are first that day may be asked to leave to allow for others to visit. When overcrowding occurs, visitors shall be required to remain at checkpoint until space is available in the visiting area. Only four (4) adult visitors will be allowed to visit an individual inmate simultaneously. Visitors and inmates may be assigned specific seating by visitation staff. Distance and frequency of previous visits may be used to determine early visit termination. Visitors and inmates shall sit across from one another as determined by visitation staff.

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published February 2013.

4. Persons with handgun carry permits are not allowed to possess their weapon(s) on SCCF or any TDOC facility grounds. Possession of such will subject the visitor to arrest and prosecution for violation of TCA 39-16-201, the introduction of weapon into a penal institution.

5. Visitors found with contraband that is in violation of the law are subject to being detained for local law enforcement officials for possible arrest as per TCA 39-16-201 and visitation privileges suspended.

6. Any visitor refusing a search of any type may be permanently restricted from visiting at any TDOC facility.

7. A visitor who is arrested, shall be suspended pending disposition of the case which may include conviction, disposition, e.g. incarceration, probation or parole. Reinstatement of privileges will require submission of a new application.

8. Any visitor who is found to have either drugs or firearms while on state property may be permanently prohibited from visiting at any TDOC location.

9. No one appearing to be under the influence of drugs or alcohol will be allowed to visit.

10. Inappropriate or socially unacceptable physical contact will not be allowed between inmates and visitors. Examples are, but not limited to: a) inflammatory comments; b) profanity / cursing; c) threatening others; d) necking, petting or fondling.

11. Visitors and inmates may briefly engage in a kiss and embrace only as they meet at the beginning of the visitation session and again at the conclusion of the visitation session.

12. Visitors are not allowed to deliver correspondence, money, printed materials, packages or any other items to inmates. All such items shall be mailed.

13. Visitors are responsible for controlling their children. Children are not allowed to run and play in the main visiting area or on the yard. Disciplining children is strictly up to the visitor and not the inmate. Any child under the age of twelve (12) must be accompanied by an adult visitor when using the restroom.

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.

6

CCF-038

Case 3:15-cv-00068   Document 111-20   Filed 07/27/16   Page 15 of 21 PageID #: 1517

14. There will be reasonable allowances for some physical contact between parents and toddlers/infants. This allowance would apply to the natural or adoptive parent who has legal rights as a parent of a visiting infant or toddler. All visitors should expect that consideration for security may at times require that physical contact between parents and child be limited.

15. Feet are not to be propped in chairs. Visitors are not to be laid over on the inmate or vice versa.

16. The visitor's and the inmate's hands must be in view at all times and may not be underneath the table and/or clothing.

17. Visitors may not leave the visiting area for any reason and return to checkpoint or the parking lot and expect to re-enter the visitation gallery. Once you leave, your visit is considered over for the day.

18. No baby strollers are allowed except when used by disabled children.

19. At no time may a visitor access the inmate restroom and at no time may inmates access the visitor restroom.

20. Institutional property is to be respected. Properly dispose of trash and keep hands off walls and paintings. Children must be controlled when passing through gates and doors. Chairs and tables inside the annex visitation gallery are not to be moved. Children are not permitted to sit on the tables. While visiting on the outside yard area, visitors and inmates are not allowed to sit and/or lie on the ground, nor are they allowed to sit on top of tables.

21. Inmates are to remain seated at all times except for the purpose of using the restroom and at the conclusion of their visit to go to the strip room. Visitors are to remain seated except for when making purchases from vending machines, using the microwave and going to the restroom. Children shall not be allowed to use the vending machines or microwave unless accompanied by parent or legal guardian.

22. Visitors must remain at least a minimum of ten (10) feet from inmate restroom and strip room.

23. Visitors are prohibited from bringing in tobacco products of any kind. South Central Correctional Center is a tobacco free facility. Any tobacco items must be stored in the vehicle out of plain view in accordance with TDO Policy 112.11.

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.

7

POL 037

24. Visitors and inmates may be assigned specific seating by visitation staff. Tables and chairs may not be moved/re-arranged by visitors or inmates.

25. Continual visitation rule violations by visitors and/or inmates may result in permanent visitation suspension of his/her visitation privileges.

26. Non-contact visiting of general population inmates may be authorized by the warden/designee in accordance with TDOC Policy 507.01.1 and CCA Policy 16-103A.

27. Visitors are expected to comply with all visitation rules and conduct themselves in such a manner that their behavior is not offensive to other visitors, inmates or employees. Visits may be terminated or denied for reasons including, but not limited to the following:

    a. visitor refusal to show appropriate and bona fide identification

    b. visitor refusal to submit to a frisk search or vehicle search

    c. visitor appear to be under the influence of drugs or alcohol

    d. insufficient space for visiting

    e. improper dress

    f. inflammatory comments, profanity, cursing or threatening other inmates, visitors or employees

    g. pushing or attempting to strike others

    h. horse-play

    i. harassment/disrespect of inmates, visitors or employees

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.

8

     j.   attempting to bring items which are not permitted or leaving items which are not permitted

     k.   inappropriate physical contact; necking, petting or fondling

     l.   failure to control children

     m.  sleeping

     n.   sharing food items among inmates and their visitors with other inmates and visitors

     o.   parking in unauthorized areas

     p.   unsecured vehicles

28.  Outside visitation areas will only be open as scheduled by the warden and if staff is available.

**VISITOR DRESS CODE**

A.      Must wear under garments at all times; for females this includes bras and slips if appropriate.  Samples of inappropriate under garments are thongs and water brassieres.

B.      No garments manufactured from spandex or spandex like material.  Scrub pants and shirts cannot be worn.

C.      No clothing transparent or translucent in nature.

D.      Shoes must be worn at all times.  Open toe shoes or sandals are permitted, however, shower shoes, flip flops, steel toes shoes are not permitted.

E.      No tight, clinging or revealing clothing.  Clothing shall be worn in the manner as intended; pants shall not be lowered or sagging; dresses/skirts shall not be raised to shorter lengths; clothing with buttons, zippers, etc. shall remain fastened.

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published February 2013.

F.       No cut off shorts.

G.      Shorts or dresses/skirts are permitted provided the leg is covered to within three (3) inches above the knee in a standing position with the garment worn in the position in which it is intended to be worn.  No dresses/skirts with splits, buttons or zippers which are more than three (3) inches above the knee in a standing position.  No wrap around skirts.  No sundresses, backless, low cut, chest and midriff must be covered at all times.

H.      Clothing with logos that contain pictures, slogans or vulgarity or contain signs or symbols or security threat groups (gang related) or any clothing determined by the officer to be associated with security threat groups in not allowed.  The association may by made by color combination, designs or logos affixed to the clothing or how the clothing is being worn.  No beer or tobacco advertisements.  No camouflage attire allowed.

I.       No halters, tube or tank tops; all apparel must have sleeves.

J.       Visitors over the age if sixteen (16) shall not be permitted to wear fleece sweat pants stirrup pants or jogging attire.

K.      Any other item deemed inappropriate by the visitation supervisor may not be worn.

L.       No bandannas permitted.

M.     Visitors are not permitted to wear watches.

**ITEMS ALLOWED BY VISITORS**

A.      South Central Correctional Center uses the debit card system.  A debit card may be purchased by a visitor for $2.00.  Money may not be taken through checkpoint.  Debit cards from other facilities will not work at South Central.  South Central debit cards will not work at other facilities.

B.      Baby items, diapers, baby powder, baby wipes, (no vaseline or lotions) plastic bottles for formula/pedialyte, sealed jars of baby food, (plastic spoon/fork only) no glass or metal items allowed.  Formula and baby food must be opened in front of an officer, one plastic rattle toy that is searchable and one clear/transparent baby bag/pack.  One baby blanket will be permitted for an infant child.

C.      Photo identification

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.

10

D.     Car key/locker key

E.     Three (3) decks of playing cards

F.     Pagers

    1.   Visitors will provide information to the warden on CR-2152, visitation application, regarding the reason for the pager; i.e. employer, likely callers, etc.  This information, in addition to the warden's approval of denial, will be maintained in the visitor's file.

    2.   At each visit the visitor will:

        i.   Open pager, remove and replace batteries and open any other compartment which can be opened without tools.

        ii.   Demonstrate that pager is functional.  If pager is not functional, visitor will be responsible for leaving pager outside the facility. Staff will not accept custody of the pager.

        iii.   Place pager in vibrate mode if so equipped.

        iv.   Wear pager in conspicuous place during visit.

        v.   Upon leaving visitation, open pager, remove and replace batteries, open any other compartments which can be opened without tools and demonstrated pager is functional.

    3.   Staff will not be responsible for loss or damage to pager during visitation.

    4.   Visitors must retain sole possession of pager during visit.

G.     Prosthesis, artificial limbs, plastic or other substance, and cardiac pacemakers and defibrillators shall be allowed and the visitor may be required to present a doctor's note.

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.

11

DOC 043

H.     Cell phones are prohibited.

The information provided in this document is believed to be accurate, though it remains subject to change without notice.
This document was published February 2013.