IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>**CORRECTIONS CORP. OF AMERICA**, *et al.*,<br><br>    *Defendants*. | Case No. 3:15-cv-68<br>Judge Todd Campbell<br>Magistrate Judge Clifton Knowles<br><br><br><br><br>JURY DEMAND |

**PLAINTIFFS' MOTION TO SUBSTITUTE DOCUMENTS
EXHIBITS IN SUPPORT OF PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS**

Come now Plaintiffs Jane Doe #1-2, through counsel, and hereby move this Honorable Court for leave to file the exhibits to Plaintiffs' Statement of Additional Facts.

As cause for this motion, Plaintiffs state that they encountered issues with the PDF exhibits in support of their Statement of Additional Facts, (Doc. 138), resulting in entire deposition transcripts being filed, rather than excerpts. So as to not burden the Court or counsel, Plaintiffs respectfully request leave to file the <u>corrected</u> exhibits attached hereto in substitution of the files at Doc. 138.

Wherefore, for the foregoing reasons, Plaintiffs respectfully request the Court GRANT this motion, SUBSTITUTE the corrected exhibits attached hereto as the Exhibits in Support of Plaintiffs' Statement of Additional Facts, and consider the attached exhibits with Plaintiffs' Statement of Additional Facts, (Doc. 137).

Dated: August 27, 2016                               Respectfully submitted,

                                                     s/William P. York II
                                                     Tricia Herzfeld (No. 26014)
                                                     Elliott Ozment (No. 4331)
                                                     William P. York II (No. 30546)
                                                     OZMENT LAW
                                                     1214 Murfreesboro Pike
                                                     Nashville, TN 37217
                                                     (615) 321-8888
                                                     (615) 321-5230 (fax)

                                                     *Attorneys for Jane Doe #1-2*

CERTIFICATE OF SERVICE

I certify that I served the foregoing document, Motion to Substitute, to the following parties or attorneys of record via the Court's Case Management/Electronic Case Filing system on the date inscribed below:

James I. Pentecost
Jon A. York
Nathan D. Tilly
Pentecost and Glenn, PLLC
106 Stonebridge Blvd
Jackson, TN 38305
(731) 668-5995 – Telephone
(731) 68-7163 – Facsimile
jpentecost@pgandr.com

      Attorneys for Defendants

I certify that I served the foregoing document, Motion to Substitute in Support of Plaintiffs' Motion to Strike, to the following parties or attorneys of record via U.S. mail, first-class postage prepaid thereon:

Jane Doe #3
[Confidential]

Dated: August 27, 2016            Respectfully submitted,

                               *s/William York*
                               Tricia Herzfeld (No. 26014)
                               Elliott Ozment (No. 4331)
                               William P. York II (No. 30546)
                               OZMENT LAW
                               1214 Murfreesboro Pike
                               Nashville, TN 37217
                               (615) 321-8888
                               (615) 321-5230 (fax)

                               *Attorneys for Jane Doe #1-2*