# Exhibit F

*Bates 4082-4093*



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J   **Employee #:** 1212494

**Reporting Period** 10/18/1999   To   06/19/2015

| Course Code | Class Name | Training Location | Class Start Date | Status | Credit Hours |
|---|---|---|---|---|---|
| ST00335 | SIMS User Certfication | 108 | 04/14/2015 | Passed | 4.00 |
| ST00145 | Pepper Ball Instructor Re-Certifica | 108 | 04/14/2015 | Passed | 4.00 |
| ST00102 | Inflammatory Agents Users | 108 | 04/07/2015 | Passed | 4.00 |
| ST00334 | Chemical Agent User Certification | 108 | 04/07/2015 | Passed | 4.00 |
| CT00130 | TN_Firearms_The Shotgun | 108 | 03/03/2015 | Passed | 1.00 |
| CT00129 | TN_Firearms_The Revolver | 108 | 03/03/2015 | Passed | 1.50 |
| CT00127 | TN_Firearms_The Rifle (.223) | 108 | 03/03/2015 | Passed | 1.50 |
| CT00128 | TN_Firearms_Policy and Procedures | 108 | 03/03/2015 | Passed | 3.00 |
| WBT00449 | Suicide Precaution Observation | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00448 | Employee Relations System (ERS) | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00106 | Institutional Safety | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00032 | Cultural and Ethnic Sensitivity | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00039 | Report Writing | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00104 | ICS/Emergency Plans | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00103 | Inmate Communication | 101 | 01/01/2015 | Passed | 1.00 |
| WBT00105 | First Aid/Communicable Diseases | 101 | 01/01/2015 | Passed | 1.00 |
| WBT00006 | Games Inmates Play | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00020 | Tool and Key Control | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00019 | Suicide Prevention (In-Service) | 101 | 01/01/2015 | Passed | 1.00 |
| WBT00014 | Information Security | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00017 | Professionalism and Ethics/ Standar | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00008 | HIPAA | 101 | 01/01/2015 | Passed | 0.50 |
| WBT00018 | Sexual Harassment | 101 | 01/01/2015 | Passed | 0.50 |
| ST00688 | Initial Emergency Response for Supervisors | 108 | 06/26/2014 | Passed | 2.00 |
| ST00687 | Calculated Use of Force for Supervisors | 108 | 06/26/2014 | Passed | 2.00 |

Date Printed: 06/19/2015   Page 1 of 12



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J  **Employee #:** 1212494

**Reporting Period** 10/18/1999 To 06/19/2015

| Code | Course | Loc | Date | Status | Hours |
|---|---|---|---|---|---|
| ST00647 | Overview and Perspective: Use of Force | 108 | 06/26/2014 | Passed | 4.00 |
| EXT763 | VICTIM SERVICES | 108 | 05/30/2014 | Passed | 3.00 |
| IS00126 | PPCT Practicals | 108 | 04/01/2014 | Passed | 5.00 |
| IS00127 | Use of Restraints Practicals | 108 | 04/01/2014 | Passed | 2.00 |
| IS00197 | Use of Force | 108 | 04/01/2014 | Passed | 1.00 |
| ST00635 | Working with mentally ill inmates | 108 | 03/20/2014 | Passed | 16.00 |
| CT00145 | SCBA Fit Testing | 108 | 03/19/2014 | Passed | 1.00 |
| IS00196 | PREA | 108 | 03/19/2014 | Passed | 3.00 |
| OT00071 | Title VI and Title VII: The Civil R | 108 | 03/19/2014 | Passed | 1.00 |
| CT00092 | Self Contained Breathing Apparatus | 108 | 03/19/2014 | Passed | 3.00 |
| IS00066 | Inmate Management- Inmate Grievances and Disciplinary Procedures | 108 | 03/18/2014 | Passed | 2.00 |
| IS00125 | Facility Specific Security Threat Groups | 108 | 03/18/2014 | Passed | 2.00 |
| ST00641 | Suicide Prevention-Cut Down Tool Application | 108 | 03/18/2014 | Passed | 1.00 |
| IS00011 | CPR/AED | 108 | 03/18/2014 | Passed | 3.00 |
| CT00130 | TN_Firearms_The Shotgun | 108 | 03/04/2014 | Passed | 1.00 |
| CT00129 | TN_Firearms_The Revolver | 108 | 03/04/2014 | Passed | 1.50 |
| CT00127 | TN_Firearms_The Rifle (.223) | 108 | 03/04/2014 | Passed | 1.50 |
| CT00128 | TN_Firearms_Policy and Procedures | 108 | 03/04/2014 | Passed | 3.00 |
| ST00334 | Chemical Agent User Certification | 108 | 02/20/2014 | Passed | 4.00 |
| ST00102 | Inflammatory Agents User Certificat | 108 | 02/20/2014 | Passed | 4.00 |
| IS00001 | Weekly Fire/Safety Inspector & Sanitation | 108 | 01/27/2014 | Passed | 0.00 |
| WBT00448 | Employee Relations System (ERS) | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00039 | Report Writing | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00032 | Cultural and Ethnic Sensitivity | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00106 | Institutional Safety | 101 | 01/01/2014 | Passed | 0.50 |



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J  **Employee #:** 1212494

**Reporting Period** 10/18/1999  To  06/19/2015

| Code | Course | Location | Date | Status | Hours |
|---|---|---|---|---|---|
| WBT00449 | Suicide Precaution Observation | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00104 | ICS/Emergency Plans | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00105 | First Aid/Communicable Diseases | 101 | 01/01/2014 | Passed | 1.00 |
| WBT00103 | Inmate Communication | 101 | 01/01/2014 | Passed | 1.00 |
| WBT00008 | HIPAA | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00017 | Professionalism and Ethics/ Standar | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00006 | Games Inmates Play | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00018 | Sexual Harassment | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00014 | Information Security | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00020 | Tool and Key Control | 101 | 01/01/2014 | Passed | 0.50 |
| WBT00019 | Suicide Prevention (In-Service) | 101 | 01/01/2014 | Passed | 1.00 |
| WBT00380 | Globally Harmonized System of Classification and Labeling of Chemicals - GHS | 101 | 09/01/2013 | Passed | 0.50 |
| CT00139 | Conflict Management | 108 | 06/07/2013 | Passed | 2.00 |
| OT00039 | Hostage Situations | 108 | 06/07/2013 | Passed | 1.00 |
| IS00269 | Suicide Prevention-Precautions Observation | 108 | 06/07/2013 | Passed | 2.00 |
| IS00083 | Self Contained Breathing Apparatus | 108 | 06/07/2013 | Passed | 2.00 |
| CT00134 | The Correctional Officer Subculture | 108 | 06/07/2013 | Passed | 1.00 |
| CT00009 | Camera Operations (Video/ Other) | 108 | 06/06/2013 | Passed | 1.00 |
| ST00634 | TDOC_Customer Focused Government | 108 | 06/06/2013 | Passed | 4.00 |
| OT00071 | Title VI and Title VII: The Civil R | 108 | 06/06/2013 | Passed | 1.00 |
| IS00125 | Facility Specific Security Threat Groups | 108 | 06/06/2013 | Passed | 2.00 |
| IS00126 | PPCT Practicals | 108 | 06/05/2013 | Passed | 5.00 |
| IS00127 | Use of Restraints Practicals | 108 | 06/05/2013 | Passed | 2.00 |
| IS00197 | Use of Force | 108 | 06/05/2013 | Passed | 1.00 |

Date Printed: 06/19/2015  Page 3 of 12



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J  **Employee #:** 1212494

**Reporting Period** 10/18/1999   To   06/19/2015

| | | | | | |
|---|---|---|---|---|---|
| IS00066 | Inmate Management- Inmate Grievances and Disciplinary Procedures | 108 | 06/04/2013 | Passed | 2.00 |
| IS00196 | PREA | 108 | 06/04/2013 | Passed | 2.00 |
| ST00641 | Suicide Prevention-Cut Down Tool Application | 108 | 06/04/2013 | Passed | 1.00 |
| IS00011 | CPR/AED | 108 | 06/04/2013 | Passed | 3.00 |
| ST00634 | TDOC_Customer Focused Government | 108 | 03/11/2013 | Passed | 4.00 |
| OT00081 | Inmate Accountability_Count Procedu | 108 | 03/11/2013 | Passed | 2.00 |
| OT00094 | Report Writing_Part One | 108 | 03/11/2013 | Passed | 2.00 |
| CT00130 | TN_Firearms_The Shotgun | 108 | 03/04/2013 | Passed | 1.00 |
| CT00129 | TN_Firearms_The Revolver | 108 | 03/04/2013 | Passed | 1.50 |
| CT00127 | TN_Firearms_The Rifle (.223) | 108 | 03/04/2013 | Passed | 1.50 |
| CT00128 | TN_Firearms_Policy and Procedures | 108 | 03/04/2013 | Passed | 3.00 |
| WBT00107 | PMDS Evaluatee Process | 101 | 03/01/2013 | Passed | 1.00 |
| ST00334 | Chemical Agent User Certification | 108 | 01/16/2013 | Passed | 4.00 |
| ST00102 | Inflammatory Agents User Certificat | 108 | 01/16/2013 | Passed | 4.00 |
| WBT00106 | Institutional Safety | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00039 | Report Writing | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00032 | Cultural and Ethnic Sensitivity | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00103 | Inmate Communication | 101 | 01/01/2013 | Passed | 1.00 |
| WBT00105 | First Aid/Communicable Diseases | 101 | 01/01/2013 | Passed | 1.00 |
| WBT00104 | ICS/Emergency Plans | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00008 | HIPAA | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00006 | Games Inmates Play | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00018 | Sexual Harassment | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00017 | Professionalism and Ethics/ Standar | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00019 | Suicide Prevention (In-Service) | 101 | 01/01/2013 | Passed | 1.00 |

Date Printed: 06/19/2015

Page 4 of 12

Case 3:15-cv-00068   Document 147-7   Filed 09/02/16   Page 5 of 13 PageID #: 5016

004085



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J  **Employee #:** 1212494

**Reporting Period** 10/18/1999   To   06/19/2015

| | | | | | |
|---|---|---|---|---|---|
| WBT00020 | Tool and Key Control | 101 | 01/01/2013 | Passed | 0.50 |
| WBT00014 | Information Security | 101 | 01/01/2013 | Passed | 0.50 |
| IS00196 | PREA | 108 | 08/28/2012 | Passed | 2.00 |
| IS00066 | Inmate Management- Inmate Grievances and Disciplinary Procedures | 108 | 08/28/2012 | Passed | 2.00 |
| CT00013 | CPR/AED | 108 | 08/28/2012 | Passed | 4.00 |
| IS00158 | Suicide Precautions Observation Training | 108 | 08/24/2012 | Passed | 4.00 |
| IS00083 | Self Contained Breathing Apparatus | 108 | 08/24/2012 | Passed | 2.00 |
| CT00134 | The Correctional Officer Subculture | 108 | 08/24/2012 | Passed | 1.00 |
| OT00071 | Title VI and Title VII: The Civil R | 108 | 08/24/2012 | Passed | 1.00 |
| CT00139 | Conflict Management | 108 | 08/23/2012 | Passed | 2.00 |
| CT00097 | Stress Management | 108 | 08/23/2012 | Passed | 2.00 |
| CT00083 | Review_Mental Health Policy Review | 108 | 08/23/2012 | Passed | 2.00 |
| IS00125 | Facility Specific Security Threat Groups | 108 | 08/23/2012 | Passed | 1.00 |
| CT00009 | Camera Operations (Video/ Other) | 108 | 08/23/2012 | Passed | 1.00 |
| IS00126 | PPCT Practicals | 108 | 08/22/2012 | Passed | 5.00 |
| IS00127 | Use of Restraints Practicals | 108 | 08/22/2012 | Passed | 2.00 |
| IS00197 | Use of Force | 108 | 08/22/2012 | Passed | 1.00 |
| IS00001 | Victim Administration and Parole Hearing Support | 108 | 05/07/2012 | Passed | 8.00 |
| CT00130 | TN_Firearms_The Shotgun | 108 | 03/07/2012 | Passed | 1.00 |
| CT00129 | TN_Firearms_The Revolver | 108 | 03/07/2012 | Passed | 1.50 |
| CT00127 | TN_Firearms_The Rifle (.223) | 108 | 03/07/2012 | Passed | 1.50 |
| CT00128 | TN_Firearms_Policy and Procedures | 108 | 03/07/2012 | Passed | 3.00 |
| ST00102 | Inflammatory Agents User Certificat | 108 | 01/13/2012 | Passed | 4.00 |
| ST00103 | Inflammatory Agents User Requalific | 108 | 01/13/2012 | Passed | 4.00 |
| WBT00039 | Report Writing | 101 | 01/01/2012 | Passed | 0.50 |

Date Printed:  06/19/2015     Page 5 of 12

004086



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J **Employee #:** 1212494

**Reporting Period** 10/18/1999 To 06/19/2015

| | | | | | |
|---|---|---|---|---|---|
| WBT00107 | PMDS Evaluatee Process | 101 | 01/01/2012 | Passed | 1.00 |
| WBT00032 | Cultural and Ethnic Sensitivity | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00106 | Institutional Safety | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00103 | Inmate Communication | 101 | 01/01/2012 | Passed | 1.00 |
| WBT00105 | First Aid/Communicable Diseases | 101 | 01/01/2012 | Passed | 1.00 |
| WBT00104 | ICS/Emergency Plans | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00008 | HIPAA | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00020 | Tool and Key Control | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00006 | Games Inmates Play | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00018 | Sexual Harassment | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00017 | Professionalism and Ethics/ Standar | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00014 | Information Security | 101 | 01/01/2012 | Passed | 0.50 |
| WBT00019 | Suicide Prevention (In-Service) | 101 | 01/01/2012 | Passed | 1.00 |
| IS00001 | New Xray Machine Training @ Checkpoint | 108 | 12/08/2011 | Passed | 0.00 |
| CT00009 | Camera Operations (Video/ Other) | 108 | 11/18/2011 | Passed | 1.00 |
| ST00376 | Drug Testing Custody and Control Form Collection Procedures - Pre-employment and | 108 | 08/09/2011 | Passed | 0.75 |
| CT00009 | Camera Operations (Video/ Other) | 108 | 05/19/2011 | Passed | 1.00 |
| CT00051 | Inmate Handbook | 108 | 05/19/2011 | Passed | 1.00 |
| CT00126 | Logbook Entries | 108 | 05/19/2011 | Passed | 1.00 |
| IS00091 | Tool and Key Control | 108 | 05/19/2011 | Passed | 1.00 |
| CT00139 | Conflict Management | 108 | 05/19/2011 | Passed | 2.00 |
| OT00094 | Report Writing_Part One | 108 | 05/19/2011 | Passed | 2.00 |
| IS00083 | Self Contained Breathing Apparatus | 108 | 05/13/2011 | Passed | 2.00 |
| CT00097 | Stress Management | 108 | 05/13/2011 | Passed | 2.00 |
| OT00070 | Team Building | 108 | 05/13/2011 | Passed | 2.00 |



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J  **Employee #:** 1212494
**Reporting Period** 10/18/1999  To  06/19/2015

| Code | Course | | Date | Status | Hours |
|---|---|---|---|---|---|
| CT00134 | The Correctional Officer Subculture | 108 | 05/13/2011 | Passed | 1.00 |
| OT00071 | Title VI and Title VII: The Civil R | 108 | 05/13/2011 | Passed | 1.00 |
| IS00127 | Use of Restraints Practicals | 108 | 05/11/2011 | Passed | 2.00 |
| IS00126 | PPCT Practicals | 108 | 05/11/2011 | Passed | 5.00 |
| IS00197 | Use of Force | 108 | 05/11/2011 | Passed | 1.00 |
| IS00066 | Inmate Management- Inmate Grievances and Disciplinary Procedures | 108 | 05/10/2011 | Passed | 2.00 |
| IS00196 | PREA | 108 | 05/10/2011 | Passed | 2.00 |
| IS00125 | Facility Specific Security Threat Groups | 108 | 05/10/2011 | Passed | 1.00 |
| IS00011 | CPR/AED | 108 | 05/10/2011 | Passed | 3.00 |
| CT00130 | TN_Firearms_The Shotgun | 108 | 03/08/2011 | Passed | 1.00 |
| CT00129 | TN_Firearms_The Revolver | 108 | 03/08/2011 | Passed | 1.50 |
| CT00127 | TN_Firearms_The Rifle (.223) | 108 | 03/08/2011 | Passed | 1.50 |
| CT00128 | TN_Firearms_Policy and Procedures | 108 | 03/08/2011 | Passed | 3.00 |
| IS00001 | TDOC Volunteer Database Training | 108 | 02/28/2011 | Passed | 0.00 |
| IS00001 | Excelerate Conference | 108 | 02/15/2011 | Passed | 0.00 |
| ST00387 | Samberg Leadership Phase III_Personal Maximizer Program | 101 | 02/01/2011 | Passed | 24.00 |
| ST00103 | Inflammatory Agents User Requalifying | 108 | 01/13/2011 | Passed | 4.00 |
| WBT00106 | Institutional Safety | 101 | 01/01/2011 | Passed | 0.50 |
| WBT00032 | Cultural and Ethnic Sensitivity | 101 | 01/01/2011 | Passed | 0.50 |
| WBT00107 | PMDS Evaluatee Process | 101 | 01/01/2011 | Passed | 1.00 |
| WBT00039 | Report Writing | 101 | 01/01/2011 | Passed | 0.50 |
| WBT00103 | Inmate Communication | 101 | 01/01/2011 | Passed | 1.00 |
| WBT00104 | IMT/Emergency Plans | 101 | 01/01/2011 | Passed | 0.50 |
| WBT00105 | First Aid/Communicable Diseases | 101 | 01/01/2011 | Passed | 1.00 |
| WBT00020 | Tool and Key Control | 101 | 01/01/2011 | Passed | 0.50 |

Date Printed: 06/19/2015



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J  **Employee #:** 1212494

**Reporting Period** 10/18/1999  To  06/19/2015

| Code | Course | Loc | Date | Result | Hours |
|---|---|---|---|---|---|
| WBT00008 | HIPAA | 101 | 01/01/2011 | Passed | 0.50 |
| WBT00019 | Suicide Prevention (In-Service) | 101 | 01/01/2011 | Passed | 1.00 |
| WBT00017 | Professionalism and Ethics/ Standar | 101 | 01/01/2011 | Passed | 0.50 |
| WBT00006 | Games Inmates Play | 101 | 01/01/2011 | Passed | 0.50 |
| WBT00018 | Sexual Harassment | 101 | 01/01/2011 | Passed | 0.50 |
| WBT00014 | Information Security | 101 | 01/01/2011 | Passed | 0.50 |
| IS00127 | Use of Restraints Practicals | 108 | 08/31/2010 | Passed | 1.00 |
| IS00126 | PPCT Practicals and Facility Specific Use of Force | 108 | 08/31/2010 | Passed | 2.00 |
| IS00066 | Inmate Management- Inmate Grievances and Disciplinary Procedures | 108 | 08/31/2010 | Passed | 1.00 |
| IS00125 | Facility Specific Security Threat Groups | 108 | 08/31/2010 | Passed | 1.00 |
| IS00011 | CPR/AED | 108 | 08/31/2010 | Passed | 3.00 |
| CT00130 | TN_Firearms_The Shotgun | 108 | 03/18/2010 | Passed | 1.00 |
| CT00129 | TN_Firearms_The Revolver | 108 | 03/18/2010 | Passed | 1.50 |
| CT00127 | TN_Firearms_The Rifle (.223) | 108 | 03/18/2010 | Passed | 1.50 |
| CT00128 | TN_Firearms_Policy and Procedures | 108 | 03/18/2010 | Passed | 3.00 |
| ST00102 | Inflammatory Agents User Certificat | 108 | 03/01/2010 | Passed | 4.00 |
| ST00072 | Front Line Leadership | 108 | 02/23/2010 | Passed | 24.00 |
| WBT00031 | The Model Leader | 101 | 02/01/2010 | Passed | 1.00 |
| WBT00038 | Dynamic Listening | 101 | 02/01/2010 | Passed | 2.00 |
| WBT00024 | Business IQ | 101 | 02/01/2010 | Passed | 1.00 |
| WBT00026 | Art of Leadership Exercises | 101 | 02/01/2010 | Passed | 5.00 |
| WBT00022 | The 360 Degree Leader | 101 | 02/01/2010 | Passed | 2.00 |
| WBT00028 | Rational Detachment | 101 | 02/01/2010 | Passed | 1.00 |
| WBT00030 | Conflict Resolution | 101 | 02/01/2010 | Passed | 1.00 |
| WBT00029 | Soaring to New Heights | 101 | 02/01/2010 | Passed | 1.00 |



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J                                   **Employee #:** 1212494

**Reporting Period** 10/18/1999    To    06/19/2015

| Code | Course | | Date | Status | Hours |
|---|---|---|---|---|---|
| WBT00027 | Coaching and Mentoring | 101 | 02/01/2010 | Passed | 1.00 |
| WBT00035 | Fundamentals of Operations_Custody | 101 | 01/01/2010 | Passed | 8.00 |
| ST00139 | On the Job Training 40 Hours | 108 | 12/16/2009 | Passed | 40.00 |
| IS00125 | Facility Specific Security Threat Groups | 108 | 10/28/2009 | Passed | 1.00 |
| CT00130 | TN_Firearms_The Shotgun | 108 | 04/02/2009 | Passed | 1.00 |
| CT00129 | TN_Firearms_The Revolver | 108 | 04/02/2009 | Passed | 1.50 |
| CT00127 | TN_Firearms_The Rifle (.223) | 108 | 04/02/2009 | Passed | 1.50 |
| CT00128 | TN_Firearms_Policy and Procedures | 108 | 04/02/2009 | Passed | 3.00 |
| IS00066 | Inmate Management | 108 | 03/24/2009 | Passed | 1.00 |
| IS00127 | Use of Restraints Practicals | 108 | 03/24/2009 | Passed | 1.00 |
| OT00071 | Title VI and Title VII: The Civil R | 108 | 03/24/2009 | Passed | 1.00 |
| IS00126 | PPCT Practicals and Facility Specific Use of Force | 108 | 03/24/2009 | Passed | 2.00 |
| IS00011 | CPR/AED | 108 | 03/24/2009 | Passed | 3.00 |
| IS00001 | Interview Techniques | 108 | 01/19/2009 | Passed | 0.00 |
| ST00155 | Presentation Skills | 108 | 01/06/2009 | Passed | 24.00 |
| WBT00055 | 5-1 Incident Reporting Database Overview | 101 | 01/01/2009 | Passed | 1.15 |
| WBT00037 | Fundamentals of Operations Test for Custody Personnel | 101 | 01/01/2009 | Passed | 8.00 |
| IS00139 | Unit Management_Unit Based Programming | 108 | 08/20/2008 | Passed | 16.00 |
| IS00083 | Self Contained Breathing Apparatus | 108 | 08/19/2008 | Passed | 2.00 |
| ST00143 | Orientation to Unit Management | 108 | 08/19/2008 | Passed | 2.00 |
| ST00176 | SORT_Cell Extractions (SORT In-Serv | 108 | 08/19/2008 | Passed | 3.00 |
| OT00071 | Title VI and Title VII: The Civil R | 108 | 08/19/2008 | Passed | 1.00 |
| IS00126 | PPCT Practicals and Facility Specific Use of Force | 108 | 04/17/2008 | Passed | 2.00 |
| IS00011 | CPR/AED | 108 | 04/17/2008 | Passed | 3.00 |
| IS00066 | Inmate Management | 108 | 04/17/2008 | Passed | 1.00 |

Date Printed:  06/19/2015                                                                 Page 9 of 12



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J    **Employee #:** 1212494
**Reporting Period** 10/18/1999   To   06/19/2015

| Code | Course | Src | Date | Result | Hours |
|---|---|---|---|---|---|
| IS00125 | Facility Specific Security Threat Groups | 108 | 04/17/2008 | Passed | 1.00 |
| IS00127 | Use of Restraints Practicals | 108 | 04/17/2008 | Passed | 1.00 |
| WBT00035 | Fundamentals of Operations_Custody | 101 | 03/01/2008 | Passed | 8.00 |
| IS00084 | Sexual Harassment | 108 | 12/24/2007 | Passed | 0.50 |
| IS00064 | Incident Management Teams & Inciden | 108 | 08/24/2007 | Passed | 1.00 |
| CT00082 | Review-Inservice Video Camera Operations | 108 | 08/24/2007 | Passed | 1.00 |
| IS00083 | Self Contained Breathing Apparatus | 108 | 08/24/2007 | Passed | 2.00 |
| IS00099 | TDOC Back to Basics Day Two | 108 | 08/24/2007 | Passed | 4.00 |
| IS00098 | TDOC Back to Basics Day One | 108 | 07/13/2007 | Passed | 8.00 |
| IS00087 | Suicide Prevention (In-Service) | 108 | 04/20/2007 | Passed | 1.00 |
| IS00012 | Crisis Prevention and Intervention | 108 | 04/20/2007 | Passed | 3.00 |
| IS00013 | Cultural and Ethnic Sensitivity | 108 | 04/20/2007 | Passed | 1.00 |
| IS00084 | Sexual Harassment | 108 | 04/20/2007 | Passed | 0.50 |
| OT00013 | PREA | 108 | 04/20/2007 | Passed | 2.00 |
| IS00094 | USE OF RESTRAINTS | 108 | 03/02/2007 | Passed | 2.00 |
| OT00076 | USE OF FORCE | 108 | 03/02/2007 | Passed | 2.00 |
| IS00075 | Pressure Point Control Techniques ( | 108 | 03/02/2007 | Passed | 4.00 |
| IS00087 | Suicide Prevention | 108 | 01/29/2007 | Passed | 1.00 |
| IS00095 | First Aid/Communicable Disease | 108 | 01/29/2007 | Passed | 2.00 |
| OT00038 | HIPAA | 108 | 01/29/2007 | Passed | 0.50 |
| IS00011 | CPR/AED | 108 | 01/29/2007 | Passed | 4.00 |
| MED16 | HIPAA | 108 | 10/30/2006 | Passed | 0.50 |
| IMGT13 | Crisis Prevention and Intervention (CPI) (In-Service) | 108 | 09/15/2006 | Passed | 3.00 |
| IMGT22 | Inmate Management (In-Service) | 108 | 09/15/2006 | Passed | 1.00 |
| SEC29 | Tool and Key Control (In-Service) | 108 | 09/15/2006 | Passed | 1.00 |
| REV001 | rev001 ERBA | 108 | 09/15/2006 | Passed | 1.00 |

Date Printed:   06/19/2015



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J  **Employee #:** 1212494
**Reporting Period** 10/18/1999   To   06/19/2015

| Code | Course | | Date | Status | Hours |
|---|---|---|---|---|---|
| SAF23 | Institutional Safety (In-Service) | 108 | 09/15/2006 | Passed | 2.00 |
| REV001 | rev001 report writing | 108 | 09/14/2006 | Passed | 1.00 |
| IMGT14 | Cultural and Ethnic Sensitivity (In-Service) | 108 | 09/14/2006 | Passed | 1.00 |
| SEC30IS | Transportation of Inmates_In Service | 108 | 09/14/2006 | Passed | 2.00 |
| SEC47 | Searches Review | 108 | 09/14/2006 | Passed | 2.00 |
| SAF10 | Incident Management Teams & Incident Response for Emergencies | 108 | 09/14/2006 | Passed | 2.00 |
| SEC17 | Pressure Point Control Techniques (PPCT) (In-Service) | 108 | 09/13/2006 | Passed | 4.00 |
| SEC32 | Use of Restraints and Use of Speed Cuffing (In-Service) | 108 | 09/13/2006 | Passed | 2.00 |
| SEC31 | Use of Force | 108 | 09/13/2006 | Passed | 2.00 |
| REV001 | rev001 Security Threat Group | 108 | 09/12/2006 | Passed | 1.00 |
| SEC10 | Inmate Accountability_Count Procedures | 108 | 09/12/2006 | Passed | 2.00 |
| MED13 | First Aid_4 Minute Response (In-Service) | 108 | 09/12/2006 | Passed | 2.00 |
| MED12 | CPR/AED | 108 | 09/12/2006 | Passed | 4.00 |
| CCAIS1 | Information Security | 108 | 09/11/2006 | Passed | 1.00 |
| CCA23 | CCA PREA Prison Rape Elimination Act | 108 | 09/11/2006 | Passed | 2.00 |
| MED16 | HIPAA | 108 | 09/11/2006 | Passed | 0.50 |
| MED10 | Communicable Diseases (In-Service) | 108 | 09/11/2006 | Passed | 0.50 |
| GAP33 | Title VI and Title VII_The Civil Right Act of 1964_Sexual Harassment | 108 | 09/11/2006 | Passed | 1.00 |
| IMGT17IS | Games Criminals Play_In Service | 108 | 09/11/2006 | Passed | 1.00 |
| CCATN03IS | TDOC Suicide Prevention/Medical Psychiatric Referral | 108 | 09/11/2006 | Passed | 1.00 |
| GAP28 | Professionalism and Ethics/ Standards of Conduct | 108 | 09/11/2006 | Passed | 2.00 |
| GAP22 | Graduation | 108 | 09/23/2005 | Passed | 2.00 |
| SEC17 | Pressure Point Control Techniques (PPCT) (In-Service) | 108 | 09/23/2005 | Passed | 4.00 |

Date Printed: 06/19/2015      Page 11 of 12

Case 3:15-cv-00068   Document 147-7   Filed 09/02/16   Page 12 of 13 PageID #: 5023

004092



# EMPLOYMENT EDUCATION & TRAINING RECORD

**Name:** Gonzales, Gina J  **Employee #:** 1212494

**Reporting Period** 10/18/1999 To 06/19/2015

| | | | | | |
|---|---|---|---|---|---|
| GAP31 | Sexual Harassment | 108 | 09/23/2005 | Passed | 1.00 |
| GAP33 | Title VI | 108 | 09/23/2005 | Passed | 1.00 |
| IMGT14 | Cultural and Ethnic Sensitivity (In-Service) | 108 | 09/22/2005 | Passed | 1.00 |
| CCA16 | Report Writing (In-Service) | 108 | 09/22/2005 | Passed | 2.00 |
| SEC29 | Tool and Key Control (In-Service) | 108 | 09/22/2005 | Passed | 1.00 |
| IMGT13 | Crisis Prevention and Intervention (CPI) (In-Service) | 108 | 09/22/2005 | Passed | 4.00 |
| ELECT01 | ERBA Review | 108 | 09/21/2005 | Passed | 1.00 |
| SAF23 | Institutional Safety (In-Service) | 108 | 09/21/2005 | Passed | 2.00 |
| MED10 | Communicable Diseases (In-Service) | 108 | 09/21/2005 | Passed | 1.00 |
| SAF10 | Incident Management Teams & Incident Response for Emergencies | 108 | 09/21/2005 | Passed | 2.00 |
| IMGT22 | Inmate Management (In-Service) | 108 | 09/21/2005 | Passed | 2.00 |
| MED24 | Suicide Prevention (In-Service) | 108 | 09/20/2005 | Passed | 1.00 |
| SEC31 | Use of Force | 108 | 09/20/2005 | Passed | 2.00 |
| MED12 | CPR/AED | 108 | 09/20/2005 | Passed | 4.00 |
| ELECT01 | Security Threat Group Review | 108 | 09/20/2005 | Passed | 1.00 |
| SEC32 | Use of Restraints and Use of Speed Cuffing (In-Service) | 108 | 09/19/2005 | Passed | 2.00 |
| IMGT22 | Inmate Management (In-Service) | 108 | 09/19/2005 | Passed | 2.00 |
| MED13 | First Aid (In-Service) | 108 | 09/19/2005 | Passed | 2.00 |
| IMGT23 | Inmate Problem Solving | 108 | 09/19/2005 | Passed | 1.00 |
| GAP28 | Professionalism and Ethics/ Standards of Conduct | 108 | 09/19/2005 | Passed | 0.50 |
| MED16 | HIPAA | 108 | 09/19/2005 | Passed | 0.50 |

**Grand Total Hours: 630.40**