094-174-00

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JANE DOE, et al.,** )  | |
| ) | |
| **vs.** ) | No.: 3:15-0068 |
| ) | |
| **CORRECTIONS CORPORATION OF** ) | |
| **AMERICA, et al.,** ) | |

## JOINT MOTION TO UNSEAL

Plaintiffs, Jane Doe #1 and Jane Doe #2, and Defendants, Corrections Corporation of America, Arvil Chapman, Daniel Sullivan, Kelly Garska, Mia Qualls and Gina Gonzales, file this joint motion in accordance with this Court's November 2, 2016, order directing the parties to prepare a joint log of documents to be unsealed by agreement. The parties have consulted with each other through counsel and have agreed that some of the documents presently filed under seal should be unsealed as they do not identify the Plaintiffs in this action nor do they jeopardize the safety and security of SCCF. Pursuant to the Court's Order, the parties have attached to this motion a joint log of documents to be unsealed by agreement. (See Exhibit A).

Premises considered, the parties jointly move the court to unseal the documents listed in Exhibit A to this motion.

Respectfully submitted,

PENTECOST, GLENN, MAULDIN & YORK PLLC


By: s/James I. Pentecost
James I. Pentecost (#11640)
Jon A. York (#23106)
Nathan D. Tilly (#31318)
Attorneys for Defendants
106 Stonebridge Blvd
Jackson, TN 38305
(731) 668-5995 – Telephone
(731) 68-7163 – Facsimile
jpentecost@pgandr.com




BRANSTETTER, STRANCH & JENNINGS, PLLC


By: s/Tricia Herzfeld
Tricia Herzfeld (#26014)
J. Gerald Stranch, IV (#23045)
James G. Stranch, III (#2542)
Anthony A. Orlandi (#33988)
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Fax: (615) 255 -5419
triciah@bsjfirm.com

# CERTIFICATE OF SERVICE

This is to certify that this Joint Motion to Unseal was served electronically via (ECF) electronic mail upon:

| | |
|---|---|
| Branstetter, Stranch & Jennings, PLLC<br>Tricia Herzfeld<br>J. Gerald Stranch, IV<br>James G. Stranch, III<br>Anthony A. Orlandi<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203 | Ozment Law<br>Harry Elliott Ozment<br>William Patrick York, II<br>1214 Murfreesboro Pike<br>Nashville, TN 37217 |
| Gregory D. Cote<br>McCarter & English, LLP<br>265 franklin Street<br>Boston, MA 02110 | J. Gregory Grisham<br>Leitner, Williams, Dooley, & Napolitan, PLLC<br>404 Union Street, Suite 1900<br>Nashville, TN 37219 |

and via U.S. mail, postage prepaid, upon the following:

Jane Doe #3 to address on file with Court.

DATE: This the 16th day of November, 2016

              Pentecost, Glenn, Mauldin & York, PLLC

              s/James I. Pentecost