094-174-00

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JANE DOE, et al.,** ) | |
| ) | |
| vs. ) | No.: 3:15-0068 |
| ) | |
| **CORRECTIONS CORPORATION OF** ) | |
| **AMERICA, et al.,** ) | |

___

## CONSENT ORDER OF DISMISSAL
___

It appears to the satisfaction of the Court that the Plaintiffs Jane Doe #1 and Jane Doe #2 and Defendants, Corrections Corporation, Arvil Chapman, Daniel Sullivan, Kelly Garska, Mia Qualls, and Gina Gonzales have agreed, as evidenced by the signatures of counsel for the Plaintiffs Jane Doe #1 and Jane Doe #2 and counsel for the Defendants contained herein that the Plaintiffs' claims against the Defendants should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs against the Defendants, Corrections Corporation of America, Arvil Chapman, Daniel Sullivan, Kelly Garska, Mia Qualls, and Gina Gonzales, including all claims for damages, injunctive relief and attorneys' fees, are hereby dismissed with prejudice.

IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED that pursuant to the previous orders of this Court dismissing the claims made by Jane Doe #3 and Minor Does #1-3 and dismissing all claims made against previous defendants Felicia Roach and Mercedes Jones with prejudice (See D.E. 167 & 168) that all claims in this matter have now been dismissed with prejudice and that a final judgment shall be issued pursuant Rule 58 of the FEDERAL RULES OF CIVIL PROCEDURE.

IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED as to the parties to this order, no attorney's fees or expenses will be awarded to any party pursuant to statute or common law and that no discretionary costs or expenses will be requested by any party, and no such fees, costs, or expenses will be awarded or assessed against any party.

The Clerk is hereby directed to enter final judgment consistent with this Order.

IT IS SO ORDERED, this ____ day of _____, 2017.

                                                                   _____
                                                                    JUDGE

Approved for Entry:

PENTECOST, GLENN, MAULDIN & YORK PLLC


By:     s/James I. Pentecost
          James I. Pentecost (#11640)
          Jon A. York (#23106)
          Nathan D. Tilly (#31318)
          Attorneys for Defendants
          106 Stonebridge Blvd
          Jackson, TN  38305
          (731) 668-5995 – Telephone
          (731) 668-7163 – Facsimile
          jpentecost@pgandr.com


BUTLER SNOW LLP


By:     /s Erin P. Polly (with permission)
          Erin Palmer Polly (#22221)
          Attorney for Defendants
          The Pinnacle at Symphony Place
          150 Third Avenue, South
          Nashville, Tennessee 37201
          (615) 951-6700
          (615) 651-6701

BRANSTETTER, STRANCH & JENNINGS, PLLC

By: s/Tricia Herzfeld (with permission)
Tricia Herzfeld (#26014)
J. Gerard Stranch, IV (#23045)
James G. Stranch, III  (#2542)
Anthony A. Orlandi
Attorneys for Plaintiffs Jane Doe #1 and Jane Doe #2
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

LAW OFFICES OF ELLIOTT OZMENT

By: s/William P. York (with permission)
Harry Elliott Ozment (#4331)
William Patrick York, II (#30546)
Attorneys for Plaintiff Jane Doe #1 and Jane Doe #2
1214 Murfreesboro Pike
Nashville, TN  37217

## CERTIFICATE OF SERVICE

This is to certify that this Consent Order of Dismissal has been served via U.S. Mail on the following:

Jane Doe #3 and Minor Does to address on file with Court.

DATE: This 3rd day of March, 2017.

Pentecost, Glenn, Mauldin & York, PLLC

s/James I. Pentecost