UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE


Jane Doe, et al.

                Plaintiff,

v.                   Case No.: 3:15−cv−00068

Corrections Corporation of America, et al.

                Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/6/2017 re [230].

Keith Throckmorton, Clerk
s/ Elaine Hawkins, Deputy Clerk